**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 167 EAL 2020
: 
Respondent :
: 
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
: 
: 
: 
R.L., :
: 
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.